

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KRISTOPHER MOUNT, on behalf of himself
and other similarly situated,

Plaintiff,

v.

PSGS RESTAURANT CORP. d/b/a VERITAS
RESTAURANT, PARK B. SMITH, and
TIMOTHY KOPEC

Defendants.

---

Index No.: 10 CV 0438 (LTS)

**STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action through their counsel of record that the above entitled action is hereby voluntarily dismissed, pursuant to FRCP § 41, *with prejudice and without costs or fees as to either party as against the other.*

Dated:    New York, New York
          January 24, 2011

JOSEPH, HERZFELD, HESTER &
KIRSCHENBAUM, LLP

By: _____
    D. Maimon Kirschenbaum
    233 Broadway
    25th Floor
    New York, NY 10017
    Tel: (212) 688-5640
    Fax: (212) 688-2548
    *Attorneys for Plaintiffs*

BARATTA, BARATTA, & AIDALA LLP

By: _____
    Joseph A. Baratta
    Michael V. Cibella
    546 Fifth Avenue
    New York, New York 10036
    (212) 750-9700
    *Attorneys for Defendants*

The clerk of Court is requested to close this case.